# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0296.  DANIEL MOORE v. THE STATE.**

The above-styled appeal was docketed in this Court on September 4, 2024. Pursuant to Rule 23 (a) of the Court of Appeals the brief of the Appellant was to be filed in this Court by September 24, 2024. However, Appellant failed to timely file a brief or a motion for extension of time to file a brief. Instead, Appellant attempted to file an untimely brief on November 5, 2024, over a month past the deadline.

This appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/06/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.